## PEOPLE'S BANK *v.* GASTON GARRIDO, JR., ET AL.
### (7015)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 15—decision released March 22, 1989

*Douglas A. Strauss, Thomas W. Witherington* and *James P. Maher* filed a brief for the appellant (plaintiff).

*Gerald T. Wiener* and *Judith A. Mauzaka* filed a brief for the appellee (defendant Elda Garrido).

PER CURIAM. There is no error.